Thomas I. Rozsa, State Bar No. 080615
**ROZSA LAW GROUP LC**
18757 Burbank Boulevard, Suite 220
Tarzana, California 91356-3346
Telephone (818) 783-0990
Facsimile (818) 783-0992
Email: counsel@rozsalaw.com

Attorneys for Plaintiff/Counterclaim Defendant
Worldwide Integrated Resources, Inc.

JS-6
E-FILED: 4/23/08

Aaron T. Borrowman, Esq. (State Bar No. 201,920)
Michael A. Dinardo, Esq. (State Bar No. 216,991)
**KELLY LOWRY & KELLEY, LLP**
6320 Canoga Avenue, Suite 1650
Woodland Hills, California 91367
Telephone: (818) 347-7900
Facsimile: (818) 340-2859
E-Mail: aaron@KLKPatentLaw.com

Alan W. Kowalchyk, Esq.
**MERCHANT & GOULD**
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
E-Mail: akowalchyk@merchant-gould.com

Attorneys for Defendants/Counterclaim Plaintiff
Wausau Paper Towel & Tissue, LLC and
Wausau Paper Corporation

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Worldwide Integrated Resources, Inc., a California corporation,

Plaintiff,

vs.

Wausau Paper Towel & Tissue, LLC, a Wisconsin limited liability company; Wausau Paper Corporation, a Wisconsin corporation; and DOES 1 through 10, Inclusive,

Defendants.

**Case No.: CV07-07656 GHK (PJWx)**

**[~~PROPOSED~~] ORDER RE DISMISSAL WITHOUT PREJUDICE AND AGREEMENT TO RETAIN JURISDICTION FOR PURPOSES OF ENFORCING THE SETTLEMENT AGREEMENT**

**Hon. George H. King**
**Courtroom: 650**

The Court, having reviewed the Stipulated Dismissal Without Prejudice And Agreement To Retain Jurisdiction For Purposes Of Enforcing The Settlement Agreement as executed by counsel for both Plaintiff/Counterclaim Defendant and Defendants/Counterclaim Plaintiff, hereby approves the Stipulated Dismissal Without Prejudice And Agreement To Retain Jurisdiction For Purposes Of Enforcing The Settlement Agreement.

IT IS SO ORDERED:

Dated: 4/22/08

George H. King
United States District Judge